**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ALLEN MACK,

    Plaintiff,

v.                                         CASE NO. 1:11cv200-MP-GRJ

MIKE SHEFFIELD, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 21, 2011. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed as moot, and the Clerk is directed to close the file.

**DONE and ORDERED** this 9th day of January, 2012.

                                                                        *s/ M. Casey Rodgers*
                                                                    **M. CASEY RODGERS
                                                                    CHIEF UNITED STATES DISTRICT JUDGE**